UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                              CASE NO.: 10-45709-BKC-AJC
                                                    Chapter 7
**YANET ALVAREZ**
SSN: XXX-XX-0886

    Debtor.
_____/

## REQUEST FOR TERMINATION OF ATTORNEY

TO:   Clerk of Court
       Claude Pepper Federal Building
       51 S.W. 1st Avenue,
       Room 1510
       Miami, FL 33130

PLEASE TAKE NOTICE that Mark S. Roher is no longer associated with the law firm of:

       TABAS, FREEDMAN, SOLOFF MILLER & BROWN, P.A.
       One Flagler Building
       14 Northeast First Avenue, Penthouse
       Miami, Florida 33132

Joel L. Tabas, Trustee is no longer represented by Mark S. Roher and requests the Clerk reflect his status as "terminated" as attorney for the Trustee in the above-styled case docket and remove him from all mailing lists associated herewith. All parties are requested to take notice of same and to serve copies of any and all motions, pleadings, orders, reports or documents of any kind or nature filed in these proceedings to Joel L. Tabas, Esquire.

CASE NO.:  10-45709-BKC-AJC

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via U.S. Mail on June 21, 2012, to counsel of record and all parties on the attached service list.

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Fla. Bar No. 516902
Tabas, Freedman, Soloff, Miller & Brown, P.A.
Attorneys for Trustee
One Flagler Building
14 Northeast First Avenue, Penthouse
Miami, Florida  33132
Telephone:  (305) 375-8171
Facsimile:  (305) 381-7708
jtabas@tabasfreedman.com

| | | |
|---|---|---|
| (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | AT&T Mobility<br>PO Box 772349<br>Ocala, FL  34477-2349 |
| Ana Diaz Noa, Esq<br>PO Box 652112<br>Miami, FL  33265-2112 | Bac Home Loans Servicing<br>450 American St<br>Simi Valley, CA  93065-6285 | Bac Home Loans Servicing<br>101 S Tryon St<br>Charlotte, NC  28280-0002 |
| Bac Home Loans Servicing<br>7105 Corporate Dr Mailstop PTX-B-35<br>Plano, TX  75024-4100 | Bac Home Loans Servicing<br>PO Box 5170<br>Simi Valley, CA  93062-5170 | Bac Home Loans Servicing<br>PO Box 650070<br>Dallas, TX  75265-0070 |
| Bank Of America<br>101 S Tryon St<br>Charlotte, NC  28246-0100 | Bank Of America<br>PO Box 15026<br>Wilmington, DE  19886-5026 | Bank Of America<br>PO Box 1598<br>Norfolk, VA  23501-1598 |
| Bank Of America<br>PO Box 17054<br>Wilmington, DE  19850-7054 | Bank Of America<br>PO Box 26012<br>Greensboro, NC  27420-6012 | Bank Of America<br>PO Box 652112<br>Miami, FL  33265-2112 |
| Bank Of America<br>PO Box 851001<br>Dallas, TX  75285-1001 | Birks And Mayor/cbsd<br>5870 Hiatus Rd<br>Tamarac, FL  33321-6424 | Chase<br>200 White Clay Center Dr<br>Newark, DE  19711-5466 |
| Chase<br>201 N Walnut St # ST//DE1-1027<br>Wilmington, DE  19801-2920 | Chase<br>JP Morgan Chase Bank NA<br>PO Box 659754<br>San Antonio, TX  78265-9754 | Chase<br>PO Box 15153<br>Wilmington, DE  19886-5153 |
| Chase<br>PO Box 15298<br>Wilmington, DE  19850-5298 | Chase<br>PO Box 15548<br>Wilmington, DE  19886-5548 | Child Support Enforcement<br>PO Box 8030<br>Tallahassee, FL  32314-8030 |
| Chld/cbsd<br>PO Box 6497<br>Sioux Falls, SD  57117-6497 | Citi<br>701 E 60th St N<br>Sioux Falls, SD 57104-0493 | ~~Citi~~<br>~~Credit Bureau Disp~~<br>~~Sioux Falls, SD  57117~~ |
| Citi<br>PO Box 20507<br>Kansas City, MO  64195-0507 | Citi<br>PO Box 6500<br>Sioux Falls, SD  57117-6500 | ~~Citi Ctb~~<br>~~PO Box 22066~~<br>~~Tempe, AZ  85285-2066~~ |

~~Citifinancial~~
~~1111 Northpoint Dr~~
~~Coppell, TX  75019-3831~~

Citifinancial
3950 Regent Blvd # S2A-283
Irving, TX  75063-2244

Citifinancial
PO Box 140069
Irving, TX  75014-0069

Citifinancial
PO Box 183041
Columbus, OH  43218-3041

~~Citifinancial~~
~~PO Box 22060~~
~~Tempe, AZ  85285-2060~~

Citifinancial Retail S
300 Saint Paul Pl
Baltimore, MD  21202-2120

Dsnb Macys
9111 Duke Blvd
Mason, OH  45040-8999

Dsnb Macys
PO Box 689195
Des Moines, IA  50368-9195

Dsnb Macys
PO Box 8053
Mason, OH  45040-8053

Equifax
PO Box 740241
Atlanta, GA  30374-0241

Experian
PO Box 2002
Allen, TX  75013-2002

First USA Bank
201 N Walnut St
# DE1-10
Wilmington, DE  19801-2920

Florida Department Of Revenue
PO Box 6668
Tallahassee, FL  32314-6668

Fnb Omaha
PO Box 3412
Omaha, NE  68103-0412

Ge Money Bank
140 Wekiva Springs Rd
Longwood, FL  32779-3604

Ge Money Bank
170 Election Rd
Ste 125
Draper, UT  84020-6425

Ge Money Bank
PO Box 103104
Roswell, GA 30076-9104

Ge Money Bank
PO Box 960061
Orlando, FL  32896-0061

Ge Money Bank
PO Box 981127
El Paso, TX  79998-1127

Ge Money Bank
PO Box 981438
El Paso, TX  79998-1438

Gemb/Brandsmart
PO Box 981439
El Paso, TX  79998-1439

Gemb/Care Credit
PO Box 981439
El Paso, TX  79998-1439

~~Gemb/Dillards~~
~~PO Box 981400~~
~~El Paso, TX  79998-1400~~

~~Gemb/jcp~~
~~PO Box 960090~~
~~Orlando, FL  32896-0090~~

Gemb/jcp
PO Box 981402
El Paso, TX  79998-1402

~~Gemb/Old Navy~~
~~PO Box 981400~~
~~El Paso, TX  79998-1400~~

~~Gemb/Walmart~~
~~PO Box 981400~~
~~El Paso, TX  79998-1400~~

Hsbc/comp
PO Box 15521
Wilmington, DE 19850-5521

~~Innovis~~
~~PO Box 1358~~
~~Columbus, OH  43216-1358~~

Law Offices Of Marshall C Watson, P.A.
1800 NW 49th St
Ste 120
Fort Lauderdale, FL  33309-3092

| | | |
|---|---|---|
| Mayor Jewelers, Inc<br>PO Box 11956<br>Newark, NJ  07101-4956 | Mayor Jewelers, Inc<br>PO Box 731<br>Mahwah, NJ  07430-0731 | ~~National Banking Association~~<br>~~1400 Best Plaza Dr~~<br>~~Richmond, VA  23227-1125~~ |
| Nordstrom Fsb<br>8502 E Princess Dr<br>Ste 150<br>Scottsdale, AZ  85255-5488 | Nordstrom Fsb<br>PO Box 6565<br>Englewood, CO  80155-6565 | Nordstrom Fsb<br>PO Box 79134<br>Phoenix, AZ  85062-9134 |
| Nordstrom Fsb<br>PO Box 79137<br>Phoenix, AZ  85062-9137 | Sears/cbsd<br>701 E 60th St N<br>Sioux Falls, SD  57104-0432 | ~~Shoppers Charge Accounts~~<br>~~PO Box 215~~<br>~~Memphis, TN  38101-0215~~ |
| Shoppers Charge Accounts<br>PO Box 731<br>Mahwah, NJ  07430-0731 | ~~Southwest Credit System~~<br>~~5910 W Plano Pkwy Ste 10~~<br>~~Plano, TX  75093-2201~~ | Target N.b.<br>PO Box 673<br>Minneapolis, MN  55440-0673 |
| Tdrcs/mayors Jewelers<br>5870 Hiatus Rd<br>Tamarac, FL  33321-6424 | Thd/cbsd<br>PO Box 6497<br>Sioux Falls, SD  57117-6497 | Timothy S Kingcade Esq<br>1370 Coral Way<br>Miami, FL 33145-2960 |
| Transunion<br>PO Box 1000<br>Crum Lynne, PA 19016-1000 | United Recovery Systems<br>5800 N Course Dr<br>Houston, TX  77072-1613 | United Recovery Systems<br>PO Box 721168<br>Houston, TX  77272-1168 |
| Visdsnb<br>9111 Duke Blvd<br>Mason, OH  45040-8999 | Wagner & Hunt, P.A.<br>5233 Coconut Creek Pkwy<br>Margate, FL  33063-3964 | Wagner & Hunt, P.A.<br>PO Box 934788<br>Margate, FL  33093-4788 |
| Westchester Pediatric Assoc, Inc<br>10300 Sunset Dr Ste 351<br>Miami, FL  33173-3020 | Wffinancial<br>800 Walnut St<br>Des Moines, IA 50309-3504 | ~~Wfnnb/limited~~<br>~~PO Box 330066~~<br>~~Northglenn, CO  80233-8066~~ |
| Wfnnb/victorias Secret<br>220 W Schrock Rd<br>Westerville, OH  43081-2873 | Wfnnb/victorias Secret<br>PO Box 182124<br>Columbus, OH  43218-2124 | Wfnnb/victorias Secret<br>PO Box 182125<br>Columbus, OH  43218-2125 |
| Wfnnb/victorias Secret<br>PO Box 659728<br>San Antonio, TX  78265-9728 | **Yanet Alvarez**<br>**12531 SW 106th Ter**<br>**Miami, FL 33186-3755** | Zales/cbsd<br>701 E 60th St N<br>Sioux Falls, SD  57104-0432 |

Zales/cbsd
PO Box 6497
Sioux Falls, SD  57117-6497

Zales/cbsd
PO Box 653054
Dallas, TX  75265-3054